United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALCORTA EXPRESS TRUST, *et al.*, § § | |
| Plaintiffs. § § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-3961 |
| § § | |
| GOLD QUEST GROUP LLC § MORTGAGE, *et al.*, § § | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 22, 2025, this case was referred to United States Magistrate Judge Peter Bray for all pretrial purposes. (Dkt. 34). Judge Bray filed a Memorandum and Recommendation on November 3, 2025, recommending that this case be **DISMISSED WITHOUT PREJUDICE** on Defendants' motion for lack of subject matter jurisdiction and that several other motions be denied. (Dkt. 60).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bray's Memorandum and Recommendation (Dkt. 60) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 43) is **GRANTED**;

(3) Plaintiffs' motion to clarify standing, motion to strike attorney appearance and Defendants' brief, and motion for leave to file a second amended complaint (Dkt. 36; Dkt. 47; Dkt. 48) are **DENIED**;

(4) Intervenor Jason Melton's motion to intervene (Dkt. 55) is **DENIED AS MOOT**; and

(2) This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is so **ORDERED**.

SIGNED and ENTERED this 24th day of November 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE