United States District Court
Southern District of Texas
**ENTERED**
April 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALCORTA EXPRESS TRUST D/B/A | § | |
| AURORA MARIA SARMIENTO, AND | § | |
| AURORA SARMIENTO AS SETTLOR | § | |
| OF THE ALCORTA EXPRESS TRUST, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Civil Action No. 4:24-cv-03961 |
| | § | |
| GOLD QUEST GROUP LLC, et al., | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 22, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 34). Judge Bray filed a *Memorandum and Recommendation* on March 31, 2026, recommending that Plaintiff Aurora Sarmiento's Motion for Relief from Final Judgment (Dkt. 63) be denied. (Dkt. 64).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

    (1)    Judge Bray's *Memorandum and Recommendation* (Dkt. 64) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)   Plaintiffs' Motion for Relief from Final Judgment (Dkt. 63) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on April 17, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE